UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM DARNELL COLLIER, #303214,

        Petitioner,

                                            CASE NO. 2:14-CV-13827
v.                                        HONORABLE SEAN F. COX

RANDALL HAAS,

        Respondent.

_____/

**ORDER GRANTING PETITIONER'S MOTION TO REOPEN THE CASE ON AN AMENDED PETITION, REOPENING THE CASE, AND SETTING DEADLINES**

        Michigan prisoner William Darnell Collier ("Petitioner") filed a *pro se* petition for a writ of habeas corpus challenging his state criminal convictions and sentences in October, 2014. In that petition, he raised claims concerning the denial of a mistrial motion and the effectiveness of trial and appellate counsel. Shortly thereafter, he moved for a stay and abeyance of his case so that he could return to the state courts to exhaust his remedies on a "*Missouri v. Frye*" issue (an un-communicated plea offer). Petitioner indicated that he had not previously exhausted the issue because it was based upon newly-discovered evidence and because counsel was ineffective. The Court granted Petitioner's motion, stayed the proceedings, and administratively closed the case in December, 2014.

        The matter is now before the Court on Petitioner's motion to reopen the case and proceed on an amended petition raising claims concerning an un-communicated plea offer and the effectiveness of trial counsel, the effectiveness of appellate counsel, the validity of his sentence, and the trial court's delay in notifying him of the denial of his motion for relief from judgment.

Having reviewed the matter, the Court finds that this case should be re-opened for further consideration. Accordingly, the Court **GRANTS** Petitioner's motion to reopen this case and proceed on an amended petition and **REOPENS** this case. Respondent shall file an answer and the relevant state court record by **April 26, 2017**. Petitioner shall then have until **June 12, 2017** to file any desired reply. The Court makes no determination as to the procedural or substantive merits of Petitioner's claims.

**IT IS SO ORDERED**.

Dated: October 21, 2016
S/ Sean F. Cox
Sean F. Cox
U. S. District Judge

I hereby certify that on October 21, 2016, the foregoing document was served on counsel of record via electronic means and upon William Collier via First Class mail at the address below:

William Collier
303214
G. ROBERT COTTON CORRECTIONAL FACILITY
3500 N. ELM ROAD
JACKSON, MI 49201

S/ J. McCoy
Case Manager